**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STANLEY COOPER | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:16cv00400(JAM) |
| vs. | : | |
| | : | |
| DANIEL ABT | : | |
| | : | |
| Defendant | : | MARCH 29, 2016 |
| | : | |

## MOTION TO REMAND

For the reasons stated in the accompanying Memorandum of Law, the plaintiff, Stanley Cooper, hereby moves to remand this action to the Connecticut Superior Court, Judicial District of New Haven.

>Respectfully submitted,
>FOR THE PLAINTIFF,
>STANLEY COOPER
>
>By:_____/s/_____
>Timothy W. Donahue, Esq. (Fed. Bar No. ct04339)
>DONAHUE, DURHAM & NOONAN, P.C.
>741 Boston Post Road, Suite 306
>Guilford, CT 06437
>Tel.: (203) 458-9168
>Fax: (203) 458-4424
>Email: **tdonahue@ddnctlaw.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of March, 2016 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Timothy W. Donahue, Esq.